IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**JEFFREY A. ANDERSON,**

**Defendant.**                                              **No. 10-cr-30175-DRH**

**ORDER**

**HERNDON, Chief Judge:**

Now before the Court is defendant Jeffrey Anderson's third motion to stay reporting date (Doc. 35). The government opposes this motion (Doc. 36). Initially, Anderson was scheduled to report to the Federal Prison Camp at Maxwell Air Force Base in Montgomery, Alabama, on August 10, 2011. However, Anderson requested (Doc. 30) and was granted a stay of two weeks due to a pending CAT scan, postponing his reporting date to August 24, 2011 (Doc. 31). On August 22, 2011, Anderson requested an additional two week stay due to additional diagnostic testing (Doc. 32). The Court granted this opposed motion on August 23, 2011, postponing Anderson's reporting date to September 7, 2011 (Doc. 34).

Now, Anderson moves for an additional thirty day extension due to a postponed biopsy procedure. The procedure was initially scheduled for September 1, 2011. A letter from Anderson's physician attached to his motion explains this

procedure is now rescheduled, due to personal reasons of the physician, for September 15, 2011, with results to be completed by September 20, 2011. In opposition to Anderson's motion, the government notes the Bureau of Prisons is equipped to perform the biopsy procedure Anderson requires. However, the Court notes that despite Anderson's medical condition, he has been assigned to a non-medical facility.

Thus, to facilitate an efficient resolution to Anderson's medical needs, Anderson's third motion to stay reporting date (Doc. 35) is GRANTED. Further, the Court notes it will write Anderson's physician to urge him to proceed with deliberate speed without compromising medical needs, in light of the needs of the justice system. Defendant Anderson shall report to the United States Bureau of Prisons on **October 14, 2011**, unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Signed this 8th day of September, 2011.

Digitally signed by David R. Herndon
Date: 2011.09.08 13:44:52 -05'00'

**Chief Judge
United States District Court**