IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JEFFREY ANDERSON,**

    Defendant.                    No. 10-cr-30175-DRH

### ORDER

**HERNDON, Chief Judge**

Before the Court is a motion to withdraw as counsel for defendant Anderson (Doc. 54). Counsel seeks withdrawal at defendant Anderson's request. Counsel relates that he and Anderson disagree as to certain conclusions regarding Anderson's order of restitution and other issues. Thus, for good cause, said motion to withdraw (Doc. 54) is **GRANTED**. Federal Public Defender Phillip J. Kavanaugh is hereby terminated as representative counsel for defendant Anderson. Accordingly, the Court hereby **APPOINTS** as CJA counsel, attorney **Turner A. Rouse**, 101-A West Main St., P.O. Box 288, Belleville, IL, 62222, to represent defendant Anderson in this case.

    **IT IS SO ORDERED**.

    Signed this 19th day of April, 2012.

Digitally signed by David R. Herndon
Date: 2012.04.19 11:36:59 -05'00'

                                  **Chief Judge**
                                  **United States District Court**